# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SANJIL RAI, | CIVIL NO. 18-2848 (MJD/DTS) |
|     Petitioner, | |
| v. | **ORDER** |
| SECRETARY OF HOMELAND SECURITY; JEFFERSON SESSIONS, Attorney General; SCOTT BANIECKE, ICE Field Office Director; KURT FREITAG, Freeborn County Sheriff; and DAN HARTOG, Kandiyohi County Sheriff, | |
|     Respondents. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated November 6, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The Petition for a Writ of Habeas Corpus [Docket No. 1] is DENIED AS MOOT.

2 This action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 11, 2018

                                       s/ Michael J. Davis
                                       MICHAEL J. DAVIS
                                       United States District Court